Hugh McNulty, appellee, v. City of Chicago, appellant. Gen. No. 28,155.

Suit for personal injuries by falling from unguarded sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

S. A. Ettelson, W. H. Devenist and R. H. Farrell, for appellant. John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Elizabeth Peterson, appellee, v. Joseph Martin and Christopher Groen, on appeal of Joseph Martin, appellant. Gen. No. 28,192.

Personal injury suit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. J. W. Hallam, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Maurice O'Donnell, appellee, v. Joseph P. Geary et al., appellants. Gen. No. 28,231.

Petition for certiorari. Order striking from return of respondents certain pages denying respondents' motion to quash proceedings, before the Civil Service Commission, whereby petitioner was discharged from police force. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded with directions. Opinion filed February 20, 1924.

Samuel A. Ettelson, Corporation Counsel, for appellants; Gilbert G. Ogden, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Albert Wormuth and Marie Wormuth, appellees, v. Anna Plath, appellant. Gen. No. 28,242.

Forcible detainer to recover possession. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Litsinger, Healy & Reid, for appellant. Marx Loehwing, for appellees; G. A. Buresh, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.